UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

SHARONDA ANTOINETTE DOBBINS   Case No. 09-79773
     Debtor.        Chapter 7
                Hon. Thomas J. Tucker

_____/

### ORDER DENYING APPLICATION TO PAY FILING FEES IN INSTALLMENTS

The debtor has filed an application to pay filing fees in installments this case. A review of court records show that counsel for debtor has failed to submit a proposed order within 15 days from the date the petition is filed (see L.B.R. 1007-1(e)). Therefore,

IT IS ORDERED that the Application to Pay Filing Fees in Installments (docket no. 7 ) is DENIED. Unless otherwise ordered in the future, the debtor must pay the filing fee in full on or before **February 2, 2010.**

**Signed on January 19, 2010**

                       **/s/ Thomas J. Tucker**
                       **Thomas J. Tucker**
                       **United States Bankruptcy Judge**