UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:                        Case: 09-79781
Ryan Gallant                                  Chapter 7
_____/           Judge: McIvor
Debtor(s)

## CERTIFICATION OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 1007-1(1)

The undersigned certifies that on January24, 2010, a copy of the debtor's 2007 AND 2008 FEDERAL INCOME TAX RETURNS AND PROOF OF INCOME was served upon the following parties electronically:

Mark H. Shapiro
hcraig@steinbergshapiro.com

                                                    /s/ Robert Keyes
                                                    Robert Keyes Law
                                                    300 North Huron Street
                                                    Ypsilanti, MI 48197
                                                    Voice/text (734) 662-1590
                                                    robert@robertkeyeslaw.com